[No. 23016–6–I.  Division One.  October 2, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT ADAMSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–1–00543–0, Dennis J. Britt, J., entered October 7, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22685–1–I.  Division One.  October 2, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN LUKE FROST, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–01185–7, Norman W. Quinn, J., entered July 26, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22847–1–I.  Division One.  October 2, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ALEX SAGUTCH, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 88–1–00135–1, Marshall Forrest, J., entered August 9, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 23364–5–I.  Division One.  October 2, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. SANTOS RIVAS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 88–1–00135–8, Walter J. Deierlein, Jr., J., entered December 2, 1988. *Dismissed* by unpublished per curiam opinion.